No. A–867. HALVERSON v. UNITED STATES. Application for bail and stay of judgment of the United States Court of Appeals for the Ninth Circuit pending timely filing and disposition of petition for writ of certiorari, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–895. KANSAS v. McCORGARY. Application for stay of mandate of the Supreme Court of Kansas pending timely filing and disposition of petition for writ of certiorari, presented to MR. JUSTICE WHITE, and by him referred to the Court, denied.

No. 54, Orig. UNITED STATES v. FLORIDA ET AL. Report of Special Master on motion of defendants for leave to file counterclaim received and ordered filed. Exceptions, if any, with supporting briefs to Report may be filed by the parties within 45 days. Reply briefs, if any, to such exceptions may be filed within 30 days. [For earlier orders herein, see, e. g., 423 U. S. 1011.]

No. 64, Orig. NEW HAMPSHIRE v. MAINE. Motion of New Hampshire Commercial Fishermen's Assn. for leave to participate in oral argument as amicus curiae denied. [For earlier orders herein, see, e. g., 424 U. S. 903.]